UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DONALD PERRY,

    Plaintiff,

v.                                        Case No. 3:25cv662-LC-HTC

CENTURION INC, et al.,

    Defendants.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on May 28, 2025 (ECF No. 3), recommending that Plaintiff's case be dismissed under 28 U.S.C. § 1915(g). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation and conducted a *de novo* review of any timely filed objections thereto (doc 4), I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

    1.    The magistrate judge's Report and Recommendation (ECF No. 3) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(g) because Plaintiff is a three-striker who has not paid the filing fee and has not sufficiently alleged he is under imminent danger of serious physical injury.

3. The clerk shall close the file.

**DONE AND ORDERED** this 26th day of June, 2025.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:25cv662-LC-HTC